IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00154-MR-WCM

| | | |
|---|---|---|
| JASON GEORGE and ROBERT KAYLOR *on Behalf of Themselves and All Others Similarly Situated* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| MRS BPO, LLC | ) ) ) | |
| Defendant. | ) ) | |

    This matter is before the court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 18) filed by Marissa Coyle. The Motion indicates that Ms. Coyle, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of John P. Boyle, who the Motion represents as being a member in good standing of the Bar of Minnesota. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 18) and **ADMITS** John P. Boyle to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 28, 2022

W. Carleton Metcalf
United States Magistrate Judge